This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**KATHERINE LUCERO and**
**PATRICIA BAINES,**

     Petitioners-Appellees,

v.                         **NO. 31,375**

**JASON LUCERO and DEBRA WILHITE,**

     Interested Party

and

**MICHAEL MANG,**

     Intervenor-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Gerard J. LaVelle, District Judge**

Katherine A. Lucero
Ruidoso, NM

Patricia Ann Baines
Albuquerque, NM

Pro Se

Jason Lucero
Albuquerque, NM

Michael S. Mang
Albuquerque, NM

Debra Wilhite
Albuquerque, NM

Pro Se

Charlotte Mary Toulouse
Albuquerque, NM

Guardian ad Litem

## MEMORANDUM OPINION

**FRY, Judge.**

Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired. **AFFIRMED.**

**IT IS SO ORDERED.**

_____
**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____
**CELIA FOY CASTILLO, Chief Judge**

2

_____

**MICHAEL E. VIGIL, Judge**